IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Plaintiff's Unopposed Motion for Relief from Order Requiring Lead Counsel to Appeal in Person at Scheduling Conference [9] filed April 22, 2011, is granted.

DATED: April 25, 2011