IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

     Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,

     Defendant.

_____

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
_____

     The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

     ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

     Dated:   September 8th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge