IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE, Board of Trustees,

    Defendant.

---

## ORDER MODIFYING SCHEDULING ORDER
---

UPON review of Plaintiff's Unopposed Motion to Modify the Scheduling Order [18] filed September 22, 2011, it is

ORDERED that the motion is granted and the Scheduling Order is modified as

- Deadline to Propound Interrogatories, Requests for Production of Documents and Requests for Admission is October 28, 2011;

- The Discovery Cut-Off is November 30, 2011; and

- Dispositive Motions deadline is January 6, 2012.

DATED this 26th day of September, 2011.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge