**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 28, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-03163-RPM

| | |
|---|---|
| ELIZABETH FREDERICK, | Sarah J. Rich |
| | Lisa R. Sahli |
| Plaintiff, | |
| v. | |
| METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES, | Christine K. Wilkinson |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Calendar Call**

**8:26 a.m.**      **Court in session.**

Counsel submit joint status statement.

Discussion regarding discovery.

**ORDERED:**   **Unopposed Motion to Amend Answer [21], is granted and the attached Amended Answer is accepted as filed today.**

Court states its view regarding any anticipated motion for summary judgment with respect to this case.

**ORDERED:**   **Seven day trial scheduled June 4, 2012.
Pretrial conference set May 11, 2012 at 4:00 p.m.
Proposed pretrial order to chambers by 4:00 p.m. May 3, 2012.**

**8:32 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 6 min.