IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,

    Defendant.

_____

ORDER MODIFYING SCHEDULING ORDER
_____

    Upon consideration of Plaintiff's Second Motion to Modify Scheduling Order [28] filed November 25, 2011, and defendant's response filed November 28, 2011, it is

    ORDERED that discovery is extended to and including January 28, 2012. The Court will grant no further extension of the discovery cut-off deadline.

    DATED: November 29th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge