IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,

    Defendant.
_____

**ORDER**
_____

    Upon review of Defendant's Unopposed Motion to Modify the Scheduling Order [31] filed December 30, 2011, it is

    ORDERED that Defendant's Unopposed Motion to Modify Scheduling Order is GRANTED.  The dispositive motion deadline is extended to and including February 3, 2012.

    DATED: January 3, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge