# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: February 1, 2012
Courtroom Deputy: Bernique Abiakam
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,                                       Lisa R. Sahli

     Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,   Christine K. Wilkinson
                                                Alison F. Kyles

     Defendant.

_____

## COURTROOM MINUTES
_____

Hearing on Motion to Compel

**10:28 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Discussion and argument regarding Plaintiff's Motion to Compel Response to Discovery [36].

10:36 a.m.     Argument by Ms. Sahli. Questions by the Court.

Discussion regarding incomplete deposition of John P. Cochran.

**ORDERED:     Plaintiff's Oral Request for Additional Time to Complete Deposition of John P. Cochran is GRANTED as specified.**

10:54 a.m.     Argument by Ms. Wilkinson. Questions by the Court.

10:58 a.m.     Further argument by Ms. Sahli. Comments by the Court.

11:00 a.m.     Further argument by Ms. Wilkinson.

*10-cv-03163-RPM*
*Motion Hearing*
*February 1, 2012*

**ORDERED:** **Plaintiff's Motion To Compel Response To Discovery (Filed 1/17/12; Doc. No. 36) is GRANTED.  Resolved by direction to counsel to narrow search pursuant to Court's direction.**

Discussion regarding motion for summary judgment.

**ORDERED:** **Defendant's Oral Request for Extension of Time To File Motion For Summary Judgment is GRANTED to 10 days after the completion of deposition.**

**11:08 a.m.** **Court in recess.**
Hearing concluded.  Total time: 40  min.