**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              November 8, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,                              David A. Lane

    Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,          Alison F. Kyles

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary**

**2:00 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the case.

Ms. Kyles states current name of the defendant is Metropolitan State University of Denver.

**ORDERED:   Caption changed to reflect current name of defendant as indicated above.**

2:08 p.m.     Argument by Ms. Kyles.
2:34 p.m.     Argument by Mr. Lane.
2:51 p.m.     Rebuttal argument by Ms. Kyles.

**ORDERED:   Defendant's Motion for Summary Judgment [42], is taken under advisement.**

**2:57 p.m.        Court in recess.**

Hearing concluded.  Total time: 57 min.