IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03163-RPM

ELIZABETH FREDERICK,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES,

    Defendant.

_____

JUDGMENT
_____

    Pursuant to the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that judgment is entered for the defendant Metropolitan State College and against the plaintiff Elizabeth Frederick.  This civil action is dismissed.

Defendant is awarded costs upon the filing of a bill of costs within 14 days of this judgment.

    DATED:   November 26th, 2012

                             FOR THE COURT:

                             JEFFREY P. COLWELL, Clerk

                                s/M. V. Wentz
                         By_____
                                  Deputy